LAW OFFICES OF JACK A. DRAPER, PLC
JACK A. DRAPER, II [SB# 63806]
1000 TOWN CENTER DRIVE, SUITE 300
OXNARD, CALIFORNIA 93036
Tel:(805) 386-6777  FAX:(866) 491-2290

Attorneys for Plaintiff UNITED PACIFIC ENERGY
OPERATIONS AND CONSULTING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC.,** etc., et al.,<br><br>        **Plaintiffs,**<br><br>vs.<br><br>**GAS AND OIL TECHNOLOGIES, INC.,** etc. et al.,<br><br>        **Defendants.** | CASE NO. 1:11-cv-00756 OWW SMS<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER SHORTENING TIME** RE HEARING ON PRELIMINARY INJUNCTION<br><br>**[CCP §§ 699.040, 708.240]** |

   The Ex Parte Application ("Application") for Temporary Restraining Order and for Order Shortening Time for  notice and hearing of a Notice of Motion and Motion for Transfer Order and for Preliminary Injunction, of Judgment Creditor UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC. ("Plaintiff"), and supporting documentary and other evidence having been duly filed, and having been considered by the Court at the Court's hearing hereof on May 17, 2011, and good cause appearing therefor, the Court ORDERS AS FOLLOWS:

   1. The Plaintiff's said Application is granted in its entirety.

   2. Pending hearing of Plaintiff's Notice of Motion and Motion for Transfer Order, set

for hearing as indicated below, or at such other subsequent date as the matter may be continued to by the Court, the judgment debtor Western States International, Inc., as well as third parties, Riverwood Energy, LLC and International Energy Holdings, Inc., and each of such entities' officers, agents, employees, and any persons or entities having actual knowledge of this order, are hereby enjoined from selling encumbering, altering, destroying or in any way disposing of or otherwise alienating, and from contracting, encumbering, or agreeing to sell, encumber, alter, destroy or in any way dispose of or otherwise alienate, any and all oil and petroleum of any kind produced, stored or held at the Mitchel Lease (also known as the BLM Lease No. CACA 45618) in Kern County, California.

3. Plaintiff shall personally serve or serve by overnight delivery respondents third parties Western States International, Inc., and third parties, Riverwood Energy, LLC and International Energy Holdings, Inc., or their attorneys if known, and file its moving papers attached to Plaintiff's Application by May 19, 2011. The court clerk shall place the Plaintiff's motion on calendar for hearing at 12:00 p.m. on May 27, 2011, in Courtroom 3, of the above captioned court.

3. Respondents shall personally serve or serve by overnight delivery any opposition to the moving papers by 4:30 p.m. on May 23, 2011. Plaintiff shall personally serve or serve by overnight delivery and file any reply to any opposition of respondents by 4:30 p.m. on May 25, 2011.

4. A bond shall be posted with the clerk of this Court by the moving party in the amount of $7,500 pending hearing of the subject motion.

5. Pursuant to FRCP Rule 65 (b) (2) the Court also finds as follows: (a) that issuance of this Order is appropriate as the plaintiff's injury is the imminent loss of a substantial quantity of a valuable oil commodity; (b) such injury is irreparable because the said oil commodity will be unavailable to satisfy the plaintiff's judgment once the oil is removed, sold or destroyed and the judgment debtor has not satisfied the judgment in a number of years; and (c) the issuance of the Order without notice is appropriate because the respondent judgment debtor and other third party respondents have not responded to service of the moving papers and multiple additional notices

1 | by plaintiff's counsel concerning this proceeding and did not appear at /////
2 | /////
3 | the hearing hereof after such service and such notices were completed.
4 |
5 | PURSUANT TO LOCAL RULE 231, RESPONDENTS HAVE THE RIGHT TO APPLY TO THE COURT FOR MODIFICATION OR DISSOLUTION ON TWO (2) DAYS' NOTICE OR SUCH SHORTER NOTICE AS THE COURT MAY ALLOW. SEE FED. R.
6 | CIV. P. 65(B).
7 | This order is issued this 17th day of May, 2011, at 3:30 p.m.
8 |                               IT IS SO ORDERED.
9 | **Dated:   May 17, 2011**              **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE

- 3 -