**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., etc., et al., <br><br>        Plaintiffs, <br><br>    v. <br><br> GAS AND OIL TECHNOLOGIES, INC., etc., et al., <br><br>        Defendants. | 1:11-cv-0756 OWW SMS <br><br> TEMPORARY RESTRAINING ORDER AND ORDER SHORTENING TIME FOR NOTICE AND HEARING OF MOTION TO INVALIDATE THIRD PARTY CLAIM <br><br> [CCP § 720.380] |

The Ex Parte Application ("Application") of Judgment Creditor United Pacific Energy Operations and Consulting, Inc. ("Plaintiff"), for Temporary Retraining Order staying disposition of properties levied upon by the U.S. Marshals Services, and for Order Shortening Time for the notice and hearing of a Petition to Invalidate Third Party Claim of Tearlach Resources (California) Ltd. ("TRC"), and supporting documentary and other evidence having been duly filed, and having been considered by the Court at the Court's ex parte hearing hereof on May 23, 2011, and good cause appearing therefor;

   IT IS ORDERED:

1

1.  Pending hearing of Plaintiff's Petition to Invalidate Third Party Claim of Tearlach Resources (California) Ltd. ("Petition"), set for hearing as indicated below, or at such other subsequent date as the matter may be continued to by the Court, the Eastern District U.S. Marshals Services ("USMS") and its agents and employees, are hereby enjoined from transferring, releasing or making any other disposition of any properties levied upon by the USMS on behalf of Plaintiff UPEOC, or releasing any lien or other security interest of the Plaintiff UPEOC in any properties levied upon by the USMS on behalf of Plaintiff UPEOC, including the properties known as BLM Lease Nos. CACA 45618 and 45619, in Kern County, California.

2.  Plaintiff shall personally serve or serve by overnight delivery this Notice of Hearing of the Petition (which the Plaintiff has previously served on respondent TRC and filed herein) on respondent by May 23, 2011, before 11:59 p.m. Service may be by fax to be followed by mailing within one day. The court clerk shall place the Plaintiff's motion on calendar for hearing at 12:00 p.m. on June 9, 2011, in Courtroom 3, of the above-captioned court.

3.  Pursuant to FRCP Rule 65(b)(2) the Court also finds as follows: (a) that issuance of this Order is appropriate as the Plaintiff's injury is the imminent loss of a valuable security interest in two oil properties and (b) such injury is irreparable because the said security interest would be unavailable to secure Plaintiff's execution against the said properties.

PURSUANT TO LOCAL RULE 231, RESPONDENTS HAVE THE RIGHT TO APPLY TO THE COURT FOR MODIFICATION OR DISSOLUTION ON TWO (2)

**DAYS' NOTICE OR SUCH SHORTER NOTICE AS THE COURT MAY ALLOW. SEE FED. R. CIV. P. 65(B).**

IT IS SO ORDERED.

Dated:   May 23, 2011                                /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE