UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., etc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br><br>GAS AND OIL TECHNOLOGIES, INC., etc. et al.,<br><br>Defendants. | CASE NO. 1:11-00756-OWW-SMS<br><br>TRANSFER ORDER AND PRELIMINARY INJUNCTION IN AID OF EXECUTION<br><br>[CCP §§ 699.040, 708.240] |

The Notice of Motion and Motion ("Motion") for Transfer Order and Preliminary Injunction of Judgment Creditor UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC. ("Plaintiff"), came on for hearing in Courtroom 3 of the above captioned court on May 27, 2011, Judge Oliver W. Wanger presiding. Jack A. Draper appeared for Plaintiff and no appearance was made by respondents. The matter having been duly considered and submitted, and good cause appearing therefor, the Court finds that a Writ of Execution has been issued and there is a need for this Order, and therefore ORDERS AS FOLLOWS:

1. Pending respondents' full compliance with the transfer order contained in paragraph 2 of this Order, as witnessed and supervised by the the U.S. Marshal's Service ("USMS") for the Eastern District of California, the judgment debtor Western States International, Inc., as well as third party agents Riverwood Energy, LLC and International Energy Holdings, Inc., and each of such entities' officers, agents and employees, are hereby enjoined from selling, altering, destroying or in any way disposing of or otherwise alienating, and from contracting or agreeing to sell alter, destroy or in any way dispose of or otherwise alienate, any and all oil and petroleum of any kind produced, stored or held at the Mitchel Lease (also known as the BLM Lease No. CACA 45618) in Kern County, California.

2. The judgment debtor Western States International, Inc., as well as Riverwood Energy, LLC and International Energy Holdings, Inc. shall forthwith upon contact by the USMS transfer to the said USMS, or a transporter Pan Pacific Petroleum or other qualified carrier or purchaser designated in writing by the USMS, all personal property of the judgment debtor described as follows: all crude oil and other petroleum substances ("Oil") produced and held in storage of any kind at the Mitchel Lease (BLM Lease CACA4618) in Kern County, California. The Oil shall be prepared to be ready for shipment by respondents, using Pan Pacific Petroleum or other qualified carrier, at a date and time noticed by the USMS within 15 days of the date of this order, including any heating of the Oil needed for shipment, in accordance with good oilfield practices, and the Oil shall not include any produced waste water or other substances not naturally occurring within the produced crude oil.

3. Pursuant to FRCP Rule 65 (b) (2) the Court also finds as follows: (a) that issuance of this Order is appropriate as the plaintiff's injury is the imminent loss of a substantial quantity of a valuable oil commodity; (b) such injury is irreparable because the said oil commodity will be unavailable to satisfy the plaintiff's judgment once the oil is removed, sold or destroyed; and (c) the issuance of the Order is appropriate because the respondent judgment debtor and other third party respondents have not responded to service of the moving papers and multiple additional notices by plaintiff's counsel concerning this proceeding and did not appear at the hearing hereof after such service and such notices were completed.

4. The $7,500 bond of Plaintiff heretofore filed with the Clerk of this Court is ordered

exonerated and released and the Clerk shall refund said bond amount to Plaintiff's attorney Jack A. Draper within 10 days of the date of this Order.

     5. Plaintiff's counsel shall serve this Order and a copy of the Plaintiff's moving papers by overnight mail and, if available, fax or email on WSI, Riverwood and IEH, or their attorneys if known, and the appropriate office of the U.S. Marshal's Service, no later than the close of business May 31, 2011.  The USMS is directed to expeditiously carry out its duties to effect the transfer ordered hereunder in accordance with its policies and procedures applicable to such matters.

**NOTICE IS HEREBY GIVEN THAT FAILURE OF THE JUDGMENT DEBTOR TO COMPLY WITH THIS ORDER MAY SUBJECT THE JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

**IT IS SO ORDERED.**

Dated:  May 27, 2011                       /s/ OLIVER W. WANGER
                                                   United States District Court