**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., et al.,**<br><br>            Plaintiffs,<br><br>     v.<br><br>**GAS AND OIL TECHNOLOGIES, INC., et al.,**<br><br>            Defendants. | **1:11-cv-00756-OWW-SMS**<br><br>**AMENDMENT TO ORDER DENYING APPLICATION FOR EX PARTE ORDER SHORTENING TIME AND ORDER DENYING MOTION TO TRANSFER CASE (Doc. 45)** |

    The ORDER DENYING APPLICATION FOR EX PARTE ORDER SHORTENING TIME AND ORDER DENYING MOTION TO TRANSFER CASE (Doc. 45) is amended as follows:

    1) The word "Plaintiff's" appearing before the word "motion" in the first sentence of the last paragraph on page 2, line 18 is replaced with the word "Movant's."

    IT IS SO ORDERED.

**Dated:   July 18, 2011**　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1