UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAS AND OIL TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | 1:11-cv-00756-OWW-SMS<br><br>ORDER DENYING PETITION TO INVALIDATE THIRD PARTY CLAIM (Doc. 17) |

**ORDER**

For the reasons stated in the Memorandum Decision, UPEOC's petition to invalidate the third party claim of Tearlach California is DENIED. Tearlach California's claim of priority has not been adjudicated in this proceeding and Tearlach California's claims for relief are likewise DENIED. Cal. Code. Civ. P. § 720.390 (court need not order disposition of property in resolving petition to invalidate under section 720.390).

IT IS SO ORDERED.

Dated:   September 30, 2011            /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE

1