UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., | CASE NO. CV F 11-0756 LJO SMS |
| Plaintiff, | **ORDER ON APPLICATION FOR U.S. MARSHAL TO RELEASE FUNDS AND INTERESTS IN LEASES** (Doc. 111.) |
| vs. | |
| GAS AND OIL TECHONOLOGIES, INC., et al., | |
| Defendants. | |
| _____/ | |

Claimants Tearlach Resources, Inc., Tearlach Resources (California), Ltd., Charles Ross and Malcolm Fraser (collectively "claimants") have secured a Kern County Superior Court judgment against United Pacific Energy Corporation, Western States International, Inc. and Ingrid Aleit-Gass (collectively "judgment debtors"), who are defendants in this action. Claimants have also secured a writ of execution for the judgment, which was issued by the Kern County Superior Court. In this action, claimants filed their February 6, 2014 application ("application") to seek this Court's order to require the U.S. Marshal to release to claimants more than $34,000 ("funds") and interests in Kern County oil and gas leases ("leases"), pursuant to the writ of execution. The release of the funds apparently was not addressed by the

1


1 prior district judge assigned to this case before his retirement.

2 This Court will not rule on the application without providing an opportunity to others claiming an interest in the funds and leases to respond to the application. As such this Court:

1. ORDERS any response to claimant's application to be filed and served no later than March 13, 2014;

2. ORDERS claimants to serve a copy of this order on the judgment debtors; and

3. DIRECTS the clerk to serve this order on all parties to this action.

IT IS SO ORDERED.

Dated:   **February 13, 2014**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE