UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GAS AND OIL TECHONOLOGIES, INC., et al., <br><br> Defendants. <br> _____/ | CASE NO. CV F 11-0756 LJO SMS <br><br> **ORDER TO U.S. MARSHAL TO RELEASE FUNDS** <br> (Docs. 111, 114.) |

Claimants Tearlach Resources, Inc., Tearlach Resources (California), Ltd., Charles Ross and Malcolm Fraser (collectively "claimants") have secured a Kern County Superior Court judgment against United Pacific Energy Corporation, Western States International, Inc. and Ingrid Aleit-Gass (collectively "judgment debtors"), who are defendants in this action. Claimants have also secured a writ of execution for the judgment, which was issued by the Kern County Superior Court. In this action, claimants filed their February 6, 2014 application ("application") to seek this Court's order to require the U.S. Marshal to release to claimants more than $34,000 ("funds") and interests in Kern County oil and gas leases ("leases"), pursuant to the writ of execution. The release of the funds apparently was not addressed by the prior district judge assigned to this case before his retirement.

1

This Court's February 14, 2014 order required any response to claimants' application to be filed and served no later than March 13, 2014. No response to the application was filed. As such and on the basis of good cause, this Court:

    1. DIRECTS the U.S. Marshal to release to claimants in care of their attorney Law Offices of Richard D. Farkas, Client Trust Account, 15300 Ventura Bld., Suite 504, Sherman Oaks, CA 91403 all funds held by the U.S. Marshal pursuant to seizures in actions against judgment debtors United Pacific Energy Corporation, Western States International, Inc. and Ingrid Aleit-Gass; and

    2. ORDERS claimants, no later than March 20, 2014, to make arrangements with the U.S. Marshal register their interests in the leases and to submit to this Court the appropriate proposed order to register their interests in the leases based on information provided and required by the U.S. Marshal.

IT IS SO ORDERED.

Dated: **March 14, 2014**     **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE