UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., | CASE NO. CV F 11-0756 LJO SMS |
| Plaintiff, | **ORDER TO CLOSE ACTION** (Doc. 116.) |
| vs. | |
| GAS AND OIL TECHONOLOGIES, INC., et al., | |
| Defendants. _____/ | |

This Court"s March 14, 2014 order required claimants Tearlach Resources, Inc., Tearlach Resources (California), Ltd., Charles Ross and Malcolm Fraser (collectively "claimants"), no later than March 20, 2014, to make arrangements with the U.S. Marshal to register their interests in Kern County oil and gas leases ("leases") and to submit to this Court an appropriate proposed order to register their interests in the leases based on information provided and required by the U.S. Marshal.  Claimants have failed to comply with the March 20, 2014 order and to submit an appropriate proposed order.  Given the absence of compliance with the March 14, 2014 order or need for further action, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **March 25, 2014**                              **/s/ Lawrence J. O'Neill**
                                                                              UNITED STATES DISTRICT JUDGE

1