**LAW OFFICES OF RICHARD D. FARKAS**
**RICHARD D. FARKAS, ESQ. (State Bar No. 89157)**
**15300 Ventura Boulevard, Suite 504**
**Sherman Oaks, California 91403**
**Telephone: (818) 789-6001**
**Facsimile:  (818) 789-6002**

Attorneys for Claimants, TEARLACH RESOURCES, INC., a Canadian Corporation, TEARLACH RESOURCES (CALIFORNIA), LTD., a California Corporation, CHARLES ROSS, an individual, and MALCOLM FRASER, an individual

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., a California Corporation, and PAUL GILLER, an individual,<br><br>        Plaintiff,<br>   vs.<br><br>GAS AND OIL TECHNOLOGIES, INC., a Delaware corporation, individually and doing business as UNITED PACIFIC ENERGY CORP.; WESTERN STATES INTERNATIONAL, INC., a California corporation, individually and doing business as UNITED PACIFIC ENERGY CORP.; INGRID ALIET-GASS, an individual; DAVID SMUSHKEVICH, an individual; MICHAEL SMUSHKEVICH, an individual; TEARLACH RESOURCES LTD., a Canadian corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.: 1:11-CV-00756-LJO-SMS<br><br>**ORDER ON APPLICATION OF TEARLACH RESOURCES (CALIFORNIA), LTD. FOR REGISTRATION OF LEASES** |

1

**ORDER ON APPLICATION OF TEARLACH RESOURCES (CALIFORNIA), LTD. FOR REGISTRATION OF LEASES**

Richard Farkas
15300 Ventura Blvd. #504
Sherman Oaks, CA 91403
Phone    (818) 789-6001
Fax        (818) 789-6002

This Court has read and considered the Application of Tearlach Resources (California) Ltd. for an Order for Registration of Leases by the U.S. Marshal's Service and Bureau of Land Management, and the Supplemental Declaration of Counsel for Tearlach Resources (California), Ltd., and good cause appearing,

IT IS ORDERED and adjudicated that Tearlach Resources (California) Ltd. holds all right, title, and interest in One-Hundred Percent (100%) of those certain oil and gas leases described as:

Parcel 1 - A.P.N.: 07405032; a Bureau of Land Management federal oil and gas leasehold (Lease No. CACA 45618), commonly referred to as the Mitchel Lease, consisting of approximately 160 acres of leased lands, with oil wells and related production facilities, located in the North Kern Front oil field area of Kern County, California (part of Section 34, Township 27 South, Range 27 East, MDB&M);

Parcel 2 - A.P.Ns.: 48101103, 48101113, and 48101124; a Bureau of Land Management federal oil and gas leasehold (Lease No. CACA 45619), commonly referred to as the Witmer B West, Witmer A and Sentinel A Leases, consisting of approximately 279 acres of leased lands, with oil wells and related production facilities, located in the North Kern Front oil field area of Kern County, California (part of Section 2, Township 28 South, Range 27 East, MDB&M).

The United States Marshal's Service is hereby ordered to recording this Order with the Kern County Recorder; and

The United States Bureau of Land Management is hereby ordered to Register Tearlach Resources (California) Ltd.'s 100% interest in the aforementioned leases, consistent with this Order.
IT IS SO ORDERED.

Dated:   **May 9, 2014**               /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

**Richard Farkas**
15300 Ventura Blvd. #504
Sherman Oaks, CA 91403
Phone   (818) 789-6001
Fax     (818) 789-6002

2
**ORDER ON APPLICATION OF TEARLACH RESOURCES (CALIFORNIA), LTD. FOR REGISTRATION OF LEASES**