# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED PACIFIC ENERGY OPERATIONS AND CONSULTING, INC., AND PAUL GILLER,<br><br>Plaintiffs,<br><br>v.<br><br>GAS AND OIL TECHNOLOGIES, INC., et al.,<br><br>Defendants. | 1:11-CV-756-LJO-SMS<br><br>ORDER FOR DECLARATION FROM UNITED STATES MARSHALS SERVICE |

On August 4, 2014, Defendant Tearlach Resources LTD ("Tearlach") filed an "application for release of levy" (Doc. 138) in which Tearlach requests an order from this Court directing the United States Marshals Service ("USMS") to release certain leasehold interests allegedly in its possession. *See* Doc. 138 at 12. Tearlach alleges that the USMS previously seized and still holds a 100% working interest in leases described as:

Parcel 1 - A.P.N.: 07405032; a Bureau of Land Management federal oil and gas leasehold (Lease No. CACA 45618), commonly referred to as the Mitchel Lease, consisting of approximately 160 acres of leased lands, with oil wells and related production facilities, located in the North Kern Front oil field area of Kern County, California (part of Section 34, Township 27 South, Range 27 East, MDB&M);

Parcel 2 - A.P.Ns.: 48101103, 48101113, and 48101124; a Bureau of Land Management federal oil and gas leasehold (Lease No. CACA 45619), commonly referred to as the Witmer B West, Witmer A and Sentinel A Leases, consisting of approximately 279 acres of leased lands, with oil wells and related production facilities, located in the North Kern Front oil field area of Kern County, California (part of Section 2, Township 28 South, Range 27 East, MDB&M).

1

*See* Doc. 111 at 3; Doc. 139-1 at 1.

The Court finds that the record is not clear as to what, if any, interest in the leases the USMS currently possesses. The Court therefore cannot determine whether the Court can (and should) grant the relief that Tearlach seeks. The Court finds that a declaration from the USMS that addresses whether and to what extent the USMS still holds the leases in question is necessary for the Court's resolution of Tearlach's application.

Accordingly, the Court REQUESTS the USMS to file a declaration on or before September 12, 2014, that addresses whether and to what extent the USMS still holds any interest in the leases described above.

IT IS SO ORDERED.

Dated: **September 5, 2014**        **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE